IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

QUALICENTERS SALEM, LLC,
dba QCI Salem,

                Plaintiff(s),

     v.

SHASTA ADMINISTRATIVE SERVICES,
INC. and FIRST CHOICE HEALTH
NETWORK, INC.,

                Defendant(s).

Civil No. 03:21-cv-00295-JR

**ORDER OF DISMISSAL**

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is DISMISSED with prejudice, without costs, with all rights of appeal waived, and with leave, upon good cause shown within thirty (30) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are DENIED AS MOOT.

Dated this 14th day of December, 2022.

                                            by    /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                                    United States Magistrate Judge